MARTHA G. BRONITSKY
CHAPTER 13 TRUSTEE STANDING TRUSTEE
22320 FOOTHILL BLVD. STE 150
Telephone: (510) 266-5580
Fax: (510) 266-5589

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: RODOLFO CAMARILLO JR | Case No. 10-47571 WJL 13 |
| LINDA VERGIL | CHAPTER 13 |
| Debtor(s) | **NOTICE OF UNCLAIMED DIVIDENDS** |

TO THE CLERK, UNITED STATES BANKRUPTCY COURT:

Pursuant to Federal Rule of Bankruptcy Procedure (3010 or 3011), the trustee in the above-captioned case hereby turns over to the Court, unclaimed dividends in the amount of $1,020.37 name (s) and address (es) of the claimants entitled to the unclaimed dividends are as follows:

| Case # | Name & Address of Claimant | Claim amount | Dividend Amt |
|---|---|---|---|
| 10-47571 WJL 13 | ONEWEST BANK FSB<br>888 E WALNUT AVE<br>PASADENA, CA 91101 | $ 627,548.64 | $ 1,020.37 |
| | Total Unclaimed Dividends | | $ 1,020.37 |

Dated: August 26, 2015

_____
/s/ Martha G. Bronitsky, Chapter 13 Trustee